**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

DOYLE NORMAN,                    )
                                 )
            Plaintiff,           )
                                 )
v.                               )            CV620-095
                                 )
BPR BRAMPTON LLC,                )
                                 )
            Defendant.           )

## ORDER

Following their Rule 26(f) conference, the parties submitted a Report using the form adopted by most judges in this district.  Doc. 9.  Judge Baker, to whom this case is assigned, requires a different reporting form to be used.  The Clerk of Court is **DIRECTED** to forward with this Order a copy of the Rule 26(f) Order normally issued in cases assigned to Judge Baker, which will include instructions for completing the required reporting form.  The parties are **DIRECTED** to resubmit their Report using the proper form and to provide all requested information within fourteen days of this Order.  A copy of Judge Baker's mandated form can be located on the Court's website www.gasd.uscourts.gov under "Forms."

**SO ORDERED**, this 7th day of January, 2021.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA